UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURIAN LIFE INSURANCE COMPANY,<br><br>                    Plaintiff,<br>     v.<br><br>SONAM SAXENA, an individual; THE ESTATE OF SMRITI SAXENA, by and through its Personal Representative Sonam Saxena; and DOES 1 to 10, inclusive,<br><br>                    Defendants. | CASE NO. 2:24-cv-00012-TL<br><br>ORDER |

This is an interpleader action. This matter is before the Court on the Parties' Joint Status Report. Dkt. No. 16. Having reviewed the Report and the relevant record, it is hereby ORDERED:

(1)  Discovery SHALL be completed **by August 31, 2024**.

(2)  The Parties SHALL meet and confer and submit a joint status report **within forty-five (45) days** of the completion of discovery.

Dated this 19th day of March 2024.

Tana Lin
United States District Judge

ORDER - 1