UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURIAN LIFE INSURANCE COMPANY,<br><br>               Plaintiff,<br><br>      v.<br><br>SONAM SAXENA, an individual; THE ESTATE OF SMRITI SAXENA, by and through its Personal Representative Sonam Saxena; and DOES 1 to 10, inclusive,<br><br>               Defendants. | CASE NO. 2:24-cv-00012-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

The Court previously granted the Parties' stipulated motions for leave to deposit interpleader funds and entry of judgment of discharge in interpleader. Dkt. Nos. 20, 21. However, the motions contained only a calculation for the deposit amount, not a sum certain. Therefore, for clarity of the record, the Parties are DIRECTED to refile their stipulated motions to account for the actual deposit amount **within seven (7) days** of this Order.

Dated this 23rd day of May 2024.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk

MINUTE ORDER - 1