THE HONORABLE TANA LIN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| SECURIAN LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br>    v.<br><br>SONAM SAXENA, an individual; THE ESTATE OF SMRITI SAXENA, by and through its Personal Representative Sonam Saxena; and DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No.: 2:24-cv-00012-TL<br><br>[PROPOSED] ORDER ON STIPULATED MOTION TO EXTEND DISCOVERY DEADLINE |

This matter came before the Court on the Parties' Stipulated Motion to Extend Discovery Deadline. The has reviewed and considered the files and pleadings in this case and:

ACCORDINGLY, the Court hereby ORDERS that the Stipulated Motion for Order to Extend Discovery Deadline is GRANTED.

It is further ORDERED that all discovery on this matter shall be completed by November 29, 2024.

Dated: August 13, 2024

_____
Tana Lin
United States District Judge

PRESENTED BY:

STOKES LAWRENCE, P.S.

By: /s/ Karolyn Hicks
    Karolyn Hicks (WSBA #30418)
    1420 Fifth Avenue, Suite 3000
    Seattle, WA  98101-2393
    Phone:  206-626-6000
    Facsimile:  206-464-1496
    Karolyn.Hicks@stokeslaw.com
    Attorneys for Defendant Estate of Smriti Saxena

ALLEN HANSEN MAYBROWN & OFFENBECHER, PS

By: /s/ Todd Maybrown
    Todd Maybrown
    600 University Street, Suite 3020
    Seattle, WA 98101
    Telephone: 206-447-9681
    Fax: 206-447-0839
    Email: todd@ahmlawyers.com
    Attorneys for Defendant Sonam Saxena

[PROPOSED] ORDER ON STIPULATED MOTION TO EXTEND DISCOVERY DEADLINE - 2

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000