THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURIAN LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>SONAM SAXENA, an individual; THE ESTATE OF SMRITI SAXENA, by and through its Personal Representative Sonam Saxena; and DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No.: 2:24-cv-00012-TL<br><br>[PROPOSED] ORDER ON STIPULATED MOTION FOR DISMISSAL |

Based upon the stipulated motion for order of dismissal filed by the remaining parties, who have reached a settlement agreement, the Court hereby ORDERS that the funds that were interplead into the Court registry in this case shall be paid to the Saxena Family 2021 Gift Trust. Pursuant to the Parties' Settlement Agreement, all Securian Life Insurance proceeds shall be used solely for the benefit of Smritri Saxena's children. Further, upon payment of the Securian Life Insurance proceeds to the Saxena Family 2021 Gift Trust, the above matter shall be dismissed with prejudice and with the parties to bear their own costs and attorneys' fees.

Dated: November 18, 2024

_____
Tana Lin
United States District Judge

PRESENTED BY:

STOKES LAWRENCE, P.S.

By: */s/ Karolyn Hicks*
　　Karolyn Hicks (WSBA #30418)
　　1420 Fifth Avenue, Suite 3000
　　Seattle, WA  98101-2393
　　Phone:  206-626-6000
　　Facsimile:  206-464-1496
　　Karolyn.Hicks@stokeslaw.com
　　Attorneys for Defendant Estate of Smriti Saxena

ALLEN HANSEN MAYBROWN & OFFENBECHER, PS

By: */s/ Todd Maybrown*
　　Todd Maybrown (WSBA # 18557)
　　600 University Street, Suite 3020
　　Seattle, WA 98101
　　Telephone: 206-447-9681
　　Fax: 206-447-0839
　　Email: todd@ahmlawyers.com
　　Attorneys for Defendant Sonam Saxena

[PROPOSED] ORDER ON STIPULATED MOTION TO DISMISS  - 2

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000