THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURIAN LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br>　　v.<br><br>SONAM SAXENA, an individual; THE ESTATE OF SMRITI SAXENA, by and through its Personal Representative Sonam Saxena; and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:24-cv-00012-TL<br><br>[PROPOSED] ORDER ON STIPULATED MOTION DIRECTING COURT TO DISBURSE COURT REGISTRY FUNDS |

Based upon the stipulated motion for order directing the Court to disburse court registry funds, pursuant to Local Rule 67 (b), it is hereby ordered that:

The clerk is authorized and directed to draw a check on the funds deposited in the registry of this court in the principal amount of $759,002.71, plus all accrued interest, payable to Shipra Gupta or Mayank Saxena, Co-Trustees of the Saxena Family 2021 Gift Trust, and mail the check to:

Mayank Saxena,
Co-Trustee of the Saxena Family 2021 Gift Trust
4028 170th Ave SE
Bellevue, WA 98008

Dated: 2nd of December, 2024

_____
Tana Lin
United States District Judge

[PROPOSED] ORDER ON STIPULATED MOTION DIRECTING
COURT TO DISBURSE COURT REGISTRY FUNDS  - 1

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

1  PRESENTED BY:

2  STOKES LAWRENCE, P.S.

3   By: /s/ Karolyn Hicks
       Karolyn Hicks (WSBA #30418)
4      1420 Fifth Avenue, Suite 3000
       Seattle, WA  98101-2393
5      Phone:  206-626-6000
       Facsimile:  206-464-1496
6      Karolyn.Hicks@stokeslaw.com
       *Attorneys for Defendant Estate of Smriti*
7      *Saxena*

8
   ALLEN HANSEN MAYBROWN &
9  OFFENBECHER, PS

10 By: /s/ Todd Maybrown
       Todd Maybrown (WSBA # 18557)
11     600 University Street, Suite 3020
       Seattle, WA 98101
12     Telephone: 206-447-9681
       Fax: 206-447-0839
13     Email: todd@ahmlawyers.com
       *Attorneys for Defendant Sonam Saxena*

14

15

16

17

18

19

20

21

22